**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 522 EAL 2017

            Respondent            :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court

            v.                       :

                                      :

GARY PALMER,                        :

            Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.